OTIS DIXON v. NEW JERSEY STATE PAROLE BOARD.

September 20, 1976. Petition for certification denied.

BIENVENIDA MERCADO v. SANTOS MERCADO.

September 20, 1976. Petition for certification granted.

WILLY LEIMGRUBER v. CLARIDGE ASSOCIATES, LTD.

September 20, 1976. Petition for certification granted.

JAMES MILLER v. ORA COMPANY, INC.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. IODIS T. ROBINSON, JR.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THERESA TURNER.

September 20, 1976. Petition for certification denied.